

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
DEC ?? 2008
DEC 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tony Kenrell Shanklin

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Kankakee County

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV7333**
**JUDGE KENNELLY**
**MAG. JUDGE KEYS**

Case
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Tony Kerrell Shanklin

   B. List all aliases: _____

   C. Prisoner identification number: 20040037123

   D. Place of present confinement: Cook County Jail

   E. Address: 2600 South California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Kankakee County

      Title: _____

      Place of Employment: 3050 Justice Way

   B. Defendant: Kankakee County

      Title: _____

      Place of Employment: _____

   C. Defendant: Kankakee County

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: **NoNe**

    B. Approximate date of filing lawsuit: **11 10 08**

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: **NoNe**

    D. List all defendants: **NoNe**

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **NoNe**

    F. Name of judge to whom case was assigned: **NoNe**

    G. Basic claim made: **NoNe**

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **NoNe**

    I. Approximate date of disposition: **NoNe**

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Tony Shanklin and I was sent to Kankakee county on May 28 2008 for no apparent reason at all, with all my property and legal mail. But when I was sent back to the county cook jail on October 30 2008, Before I left Kankakee county jail I was told By Corporal Aaron, and another officer on 3 to 11 shift that all my property was lost and they could not find it. I am fighting a very serious case and I have been unable to study my case like I want to because I don't have any of my legal work, plus I am financially disable to replace all of the things that I had for my personal use, I filled out request forms to the counselor and all the cook county jail staff But nothing have been done about it, I been lock up for 4 1/2 years so everything I need to study my case and have for my personal use was in my property, cook county policy states that I have a right to my property and legal papers

4

Revised 9/2007

I also filled out grievence's, 3 of them to be exact but nothing have been done, ~~[redacted]~~ If they can't find my property I would like to be compensated

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for All. of my property to Be returned And forward to me at C.C.O.O.C. If not I would like to Be compensated

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10 day of November, 20 08

_Tony K Shanklin_
(Signature of plaintiff or plaintiffs)

Tony Kerrell Shanklin
(Print name)

# 2004 003 7123
(I.D. Number)

2600 South California
Chicago Ill 60608
(Address)

6

Revised 9/2007